IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: July 10, 2012
Court Reporter:    Kara Spitler

Civil Action No. 12-cr-00072-RBJ

<u>Parties</u>:  <u>Counsel</u>:

UNITED STATES OF AMERICA,  John Scully

    Plaintiff,

v.

THOMAS QUINTIN,  Marci Gilligan

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   9:02 a.m.**

Appearances of counsel.

Defendant appears in custody.

Plaintiff's witness, Ted Lair, called and sworn.

9:03 a.m.   Direct examination of Mr. Lair by Mr. Scully.

9:10 a.m.   Cross examination of Mr. Lair by Ms. Gilligan.

9:22 a.m.   Court questions the witness.

Witness excused.

Discussion regarding the Unopposed Motion for Continuance of August 6, 2012 Trial Date

Doc.# [60].

Argument by Ms. Gilligan as to Defendant Thomas William Quintin's Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) (James Hearing) Doc.# [47].

Given the situation with this defendant and his attorney's desire to have more time to prepare, the Court concludes that the ends of justice served by excluding **from today and up to and including February 19, 2013** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial. Court finds that the case is complex and involves a somewhat complicated alleged scheme of tax fraud. The defendant, through counsel, has indicated that he can not be prepared effectively to present a defense within the time frame the Court had given. The Court finds there is also an issue of the co-defendant and the possibility that the co-defendant would, upon being represented by counsel, seek additional time.

For the reasons as stated on the record, **IT IS ORDERED** as follows:

1. Doc.# [45] is MOOT;

2. Defendant Thomas William Quintin's Motion for Rule 16 Discovery Doc.# [46] is MOOT;

3. Defendant Thomas William Quintin's Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)(E) (James Hearing) Doc.# [47] is GRANTED subject to the findings by the Court;

4. Defendant Thomas William Quintin's Motion for Brady Material Doc.# [48] is MOOT.

5. Defendant Thomas William Quintin's Motion for More Specific Notice of Alleged Rule 404(b) Evidence Doc.# [49] is GRANTED.

6. Defendant Thomas William Quintin's Motion to Suppress October 7, 2009 Statement Doc.# [50] is DENIED.

7. Defendant Thomas William Quintin's Motion to Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan Doc.**#** **[**51] is DENIED.

8. Defendant Thomas William Quintin's Motion to Dismiss Counts Seven Through Eleven for Failure to State an Offense Doc.# [52] is DENIED.

9. Defendant Thomas William Quintin's Motion to Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan Doc.# [53] is DENIED.

10. Unopposed Motion for Continuance of August 6, 2012 Trial Date Doc.# [60] is GRANTED.

11. Trial Preparation Conference set for July 26, 2012 is RESET to **January 25, 2013 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

12. Jury Trial set for August 6, 2012 is RESET to **February 19, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**13.** Defendant is remanded to the custody of the United States Marshal.

**Court in recess:** 9:50 a.m.

Hearing concluded.

Total time: 00:48