IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | May 8, 2013 |
| Court Reporter: | Kara Spitler | Probation: | Gary Kruck |

Criminal Action No. 12-cr-00072-RBJ

*Parties*:                                                *Counsel*:

UNITED STATES OF AMERICA,       Thomas O'Rourke

       Plaintiff,

v.

1. THOMAS WILLIAM QUINTIN,       Marci Gilligan
                                                  Kristen Frost

       Defendant.

## SENTENCING MINUTES

**1:15 p.m.**      **Court in session.**

Appearances of counsel.

Defendant is present in custody.

The Court gives counsel a copy of a letter it received from a lawyer in New York that was in the case file. The Court advises counsel that the letter will have no effect on its sentencing decision.

The Court advises counsel that it did not read Defendant's ex parte letter to the Court.

**ORDERED:** Government's Motion to Dismiss Counts 2 through 9 and 11 through 21 [Doc. No. 140, filed May 7, 2013] is GRANTED.

**ORDERED:** Government's Motion to Dismiss Count 10 [Doc. No. 141, filed May 7, 2013] is GRANTED.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the Government, and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on January 3, 2013 to Counts 1 and 10 of the Indictment.

**ORDERED:** Government's Motion for Downward Departure [Doc. No. 136, filed April 22, 2013] is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **63** months.

Court RECOMMENDS that defendant receive credit for **time already served**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FCI Englewood** and recommends that he be allowed to participate in a program for treatment of drug abuse.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall pay in accordance with the Schedule of Payments sheet set forth in the judgment.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(**X**)  All employment must be approved in advance by the probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.  All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents.  The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.  The defendant shall document all income, compensation and financial support generated or received from any source and provide such information to the probation officer as requested.

(**X**)  Defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.

(**X**)  Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the term of supervision and shall pay the cost of treatment as directed by the probation officer.  The defendant shall ingest antabuse if not medically contraindicated.

(**X**)  Defendant shall submit his person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:
   $626,451.62  to  IRS-RACS
                    Attn: Mail Stop 6261, Restitution
                    333 West Pershing Avenue
                    Kansas City, Missouri 64108

**ORDERED:** The special assessment and restitution obligation are due immediately.  Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The

> monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:12 p.m.** **Court in recess.**

Hearing concluded.

Total time: 00:57